IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, )<br>)<br>      Plaintiff, )<br>)<br>  vs. )<br>)<br>WAIKOLOA ENTERPRISES, INC., )<br>D/B/A WAIKOLOA TILE; JOHN )<br>DOES 1-10; JANE DOES 1-10; )<br>DOE PARTNERSHIPS 1-10; DOE )<br>CORPORATIONS 1-10; and DOE )<br>GOVERNMENTAL ENTITIES 1-10, )<br>)<br>      Defendants. )<br>_____ ) | CIVIL 11-00646-DAE-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 09, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF NAUTILUS INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT," docket entry no. 22, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



_____
David Alan Ezra
United States District Judge